*ORDER*

PER CURIAM.

AND NOW, this 16th day of September, 1997, it is ordered that the petitioners' petition for allowance of appeal is GRANTED, and the order of the Commonwealth Court is **AFFIRMED**.

ZAPPALA, J., dissents and would reverse the order of the Commonwealth Court.

proceedings is AFFIRMED on the basis of this court's opinion in *Cheeseman v. Lethal Exterminators, Inc.,* No. 56 E.D. Appeal Docket 1996, and *Forman v. Rossman,* et al., No. 57 E.D. Appeal Docket 1996, —— Pa. ——, 701 A.2d 156 (1997).

NIGRO, J., did not participate in the consideration or decision of this matter.

Luis **RODRIQUEZ** and Teresa **Rodriquez,** husband and wife,

v.

**LEHMAN EQUIPMENT SALES, INC.,** and Barliant and Company,

v.

Luis **RODRIQUEZ** and Teresa **Rodriquez,** husband and wife,

v.

**BARLIANT AND COMPANY,**

v.

**NESTLE FROZEN FOOD CORPORATION and Millard Manufacturing Corp.**

Supreme Court of Pennsylvania.

Sept. 16, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of September, 1997, it is ordered that Petitioner's Petition for Allowance of Appeal if GRANTED; and the order of the Superior Court reversing the order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to County and remanding the matter to Philadelphia County for further

Richard M. **TECHTMANN** and Monica Techtmann, Petitioners,

v.

Roy J. **HOWIE** and Robert Gray's Sons Inc., et al., Respondents.

Supreme Court of Pennsylvania.

Sept. 16, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of September, 1997, it is ordered that Petitioner's Petition for Allowance of Appeal is GRANTED; the order of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to Bucks County is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this court's opinion in *Cheeseman v. Lethal Exterminators, Inc.,* No. 56 E.D. Appeal Docket 1996, and *Forman v. Rossman,* et al., No. 57 E.D. Appeal Docket 1996, ——

**730**

Pa. ——, 701 A.2d 156 (Opinion issued August 22, 1997).

Ethelyn TAYLOR, Administratrix of the Estate of Harold Herbert Taylor, Jr. and Marilyn Bond, Respondents,

v.

CITY OF PHILADELPHIA, City of Philadelphia Police Officer Carl Rone, Badge #2252, City of Philadelphia Police Officer Nellon White, Badge #2988, Clifford Skinner, State Correctional Institution at Graterford, Pennsylvania Inmate #BB6855, Petitioners.

Supreme Court of Pennsylvania.

Sept. 16, 1997.

Alan C. Ostrow, Stephanie L. Franklin–Suber, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 16th day of September, 1997, it is ordered that the petitioners' petition for allowance of appeal is GRANTED, and the order of the Commonwealth Court is AFFIRMED.

ZAPPALA, J., dissents and would reverse the order of the Commonwealth Court.

Donald HUNT, Petitioner,

v.

PHILADELPHIA ELECTRIC COMPANY and Safety Hoist Company and Safety Hoist Co., Inc.and DRG, Inc., Respondents.

Supreme Court of Pennsylvania.

Sept. 16, 1997.

### ORDER

PER CURIAM.

AND NOW, this 16th day of September, 1997, it is ordered that Petitioner's Petition for Allowance of Appeal is GRANTED; the order of the Superior Court affirming the order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to Bucks County is REVERSED; and this matter is REMANDED to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this court's opinion in *Cheeseman v. Lethal Exterminator, Inc.*, No. 56 E.D. Appeal Docket 1996, and *Forman v. Rossman, et al.*, No. 57 E.D. Appeal Docket 1996, —— Pa. ——, 701 A.2d 156 (1997).

Theolonius HANSFORD, Petitioner,

v.

VALLEY FORGE CENTER ASSOCIATES and Browning Ferris Industries, Inc., Respondent.

No. 072 Eastern District Allocatur Docket 1997.

Supreme Court of Pennsylvania.

Sept. 16, 1997.